**Deny and Opinion Filed April 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00495-CV

## IN RE ISLAND HOSPITALITY MANAGEMENT, INC., POST PROPERTIES, INC. AND POST ADDISON CIRCLE LIMITED PARTNERSHIP, Relators

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04564**

## MEMORANDUM OPINION

Before Justices Francis, Myers, and Schenck
Opinion by Justice Francis

Relators filed this petition for writ of mandamus requesting that the Court order the trial court to grant relators' motion for a mental examination of the plaintiff. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude the relators have failed to establish a right to relief. We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8.

150495F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE